**The People of the State of New York ex rel. Lawrence D. Huntington and Others, Commissioners of Fisheries of the State of New York, Appellants, v. John J. Crennan, a Justice of the Peace, etc., Respondent.**— Order denying writ of mandamus affirmed, with costs.—

PRATT, J.: We think the court below correctly held that the law of 1893 cannot be given a retrospective effect so as to change the title to the moneys already in the hands of the defendant. Order affirmed, with costs.